**FARUQI & FARUQI LLP**
ATTORNEYS AT LAW

NEW YORK    CALIFORNIA    DELAWARE    GEORGIA    PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

April 22, 2020

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street
Courtroom 1106
New York, New York 10007

    Re:   <u>*Molina, et al. v. Huaxcuaxtla Restaurant Corp., et al.*, No. 1:20-cv-2481-LGS-RWL</u>

Dear Judge Schofield:

    We represent Plaintiffs in the above-referenced action and write pursuant to Section I(B)(2) of Your Honor's Individual Rules and Procedures for Civil Cases, to respectfully request an adjournment of the May 21, 2020 Initial Conference, as set forth in Your Honor's April 8, 2020 Order. *See* ECF No. 5.

    Due to the outbreak of COVID-19 and the stay-at-home order currently in effect throughout New York State, Plaintiffs have experienced difficulties in serving Defendants their Summons and Complaint. Pursuant to Federal Rule 4(m), Plaintiffs have until June 18, 2020 to serve Defendants. Following numerous conversations with Plaintiffs' process server, we are confident service can be accomplished within the next 60 days, before June 18, 2020.

    In an effort to promote judicial efficiency, and to allow the parties to confer and prepare a joint letter prior to the Initial Conference, Plaintiff respectfully requests an extension of 90 days from May 21, 2020 to August 19, 2020, for the parties' initial conference. This is Plaintiffs' first request for an adjournment of the Initial Conference.

    We thank Your Honor for the Court's time and attention to this matter.

        Respectfully submitted,

        */s/ Innessa M. Huot*
        Innessa M. Huot

Application GRANTED in part. The initial pretrial conference scheduled for May 21, 2020, is adjourned to **July 23, 2020, at 10:50 a.m.** The joint conference materials are due **July 16, 2020**.

Dated: April 23, 2020
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**