```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ADELA MOLINA, et al., on behalf of themselves                :
and all others similarly situated                            :
                                     Plaintiffs              :     20 Civ. 2481 (LGS)
                                                             :
                     -against-                               :     ORDER
                                                             :
HUAXCUAXTLA RESTAURANT CORP., et al.                         :
                                     Defendants.      X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated July 21, 2020, Defendants were directed to file any opposition to Plaintiffs' motion for conditional certification by September 4, 2020, (Dkt. No. 37) and no opposition was filed;

WHEREAS, by Order dated September 8, 2020, Defendants were directed to file an opposition to Plaintiffs' motion or a letter by September 11, 2020, confirming whether Defendants stipulate to conditional certification and the form of notice. Defendants were advised that if they do not file an opposition or letter, the collective may be conditionally certified (Dkt. No. 45). No opposition or letter was filed. It is hereby

**ORDERED** that Plaintiffs shall file a proposed order granting the motion for conditional certification by **September 18, 2020**.

Dated: September 14, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE