```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ADELA MOLINA et al., on behalf of themselves                :
and all others similarly situated.,                         :
                                     Plaintiffs,            :   20 Civ. 2481 (LGS)
                                                            :
                       -against-                            :   ORDER
                                                            :
HUAXCUAXTLA RESTAURANT CORP et al.,                         :
                                                            :
                                     Defendants.            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan, dated July 21, 2020 (Dkt. No. 38), directed the parties to submit a joint status letter per Individual Rule IV.A.2 by October 16, 2020.

WHEREAS, the parties have not filed a joint status letter.  It is hereby

**ORDERED** that by **October 20, 2020**, the parties shall submit a joint status letter as outlined in Individual Rule IV.A.2.  Failure to comply with court-ordered deadlines may result in sanctions or prejudice.

Dated: October 19, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**