UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 :
ADELA MOLINA et al., on behalf of themselves :
and all others similarly situated., :
                              Plaintiffs, :    20 Civ. 2481 (LGS)
 :
        -against- :    ORDER
 :
HUAXCUAXTLA RESTAURANT CORP et al., :
 :
                              Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan, dated July 21, 2020 (Dkt. No. 38), directed the parties to submit a joint status letter per Individual Rule IV.A.2 by November 20, 2020.

WHEREAS, the parties have not filed a joint status letter.  It is hereby

**ORDERED** that by **December 1, 2020**, the parties shall submit a joint status letter as outlined in Individual Rule IV.A.2, including a statement of whether they request a referral for settlement discussions.  Failure to comply with court-ordered deadlines may result in sanctions or prejudice.

Dated:  November 25, 2020
       New York, New York