**F&F LLP**
**FARUQI & FARUQI**

NEW YORK        CALIFORNIA        DELAWARE        GEORGIA        PENNSYLVANIA

> The application is GRANTED.  Opt-in plaintiff Sapir Ngom is removed from this case.
>
> SO ORDERED
>
> Dated:  January 19, 2021
>         New York, New York
>
> _____
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**Camilo M. Burr**
cburr@faruqilaw.com

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street
Courtroom 1106
New York, New York 10007

    Re:  *Molina, et al. v. Huaxcuaxtla Restaurant Corp., et al.*, No. 1:20-cv-2481-LGS

Dear Judge Schofield:

    We represent Plaintiffs in the above-referenced action and write to respectfully request Your Honor remove the Consent to Join form filed on behalf of Sapir Ngom (ECF Nos. 24 to 24-1) from the docket and withdraw Mr. Ngom from this case.

    On June 2, 2020, Mr. Ngom contacted Plaintiffs' counsel seeking to join the lawsuit.  Mr. Ngom believed that he had claims against El Cerrito Restaurant ("El Cerrito"), a defendant in this case.  Upon further investigation, it became apparent that Mr. Ngom did not work for El Cerrito and likely confused this restaurant with another restaurant where he may have worked.  Deposition testimony and documents exchanged in this case confirm that Mr. Ngom likely never worked for Defendants.

    Upon further inquiry into this matter with Mr. Ngom, he advised that he no longer wished to be contacted.  We attempted to obtain a withdrawal form; however, Mr. Ngom (in no uncertain terms) directed us to stop calling him.  Out of an abundance of caution, Plaintiffs' counsel also mailed and emailed Mr. Ngom; but he never responded.

    Based on the foregoing, Plaintiffs' counsel respectfully request that the Consent to Join form filed on behalf of Sapir Ngom (ECF Nos. 24 to 24-1) be removed from the docket and that Mr. Ngom be withdrawn from this case.

    Plaintiffs' counsel conferred with Defendants' counsel on this issue.  Defendants' counsel advised that Defendants have no objection to this filing.

    We thank Your Honor for the Court's time and attention to this matter.

                           Respectfully submitted,

                           Camilo M. Burr

cc: Counsel of Record (*via* ECF)