**F&F FARUQI & FARUQI**
LLP
ATTORNEYS AT LAW

NEW YORK    CALIFORNIA    DELAWARE    GEORGIA    PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

January 19, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street
Courtroom 1106
New York, New York 10007

The application is GRANTED.  The case management conference scheduled for February 4, 2021, is **adjourned** to **February 18, 2021, at 10:50 a.m.**, on the following conference call line: (888) 363-4749, access code 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.

SO ORDERED

Dated:  January 20, 2021
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

    Re:   *Molina, et al. v. Huaxcuaxtla Restaurant Corp., et al.*, No. 1:20-cv-2481-LGS

Dear Judge Schofield:

We represent Plaintiffs in the above-referenced action and write jointly with Defendants to respectfully request a brief two-week adjournment of the parties' pre-motion conference, currently scheduled for February 4, 2021.  *See* ECF No. 64.  In accordance with this Court's rules, pre-motion submissions must be made 14 days before the parties' conference – thereby making the current deadline January 21, 2021.  *See* ECF No. 38.

However, the parties are actively engaging in aggressive settlement discussions, exchanging offers and demands on almost a daily basis.  The parties are cautiously optimistic that they can resolve this case in the next two weeks and respectfully ask that they be permitted this additional time to work with their respective clients towards achieving such resolution.

To promote judicial efficiency and to allow the parties to continue focusing on settlement discussions, the parties respectfully request that the pre-motion conference, currently scheduled for February 4, 2021, be adjourned by two weeks to February 18, 2021 – or to any other date convenient for the Court.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

Innessa M. Huot

Cc: All Counsel of Records (*via* ECF)