UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ADELA MOLINA et al., on behalf of themselves
and all others similarly situated.,
        Plaintiffs,  20 Civ. 2481 (LGS)

-against-        ORDER

HUAXCUAXTLA RESTAURANT CORP et al.,

        Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, the Court has been informed that the parties have reached a settlement in principle in this case (Dkt. No. 70). Accordingly, it is hereby

  **ORDERED** that, by **February 25, 2021**, the parties shall file: (i) the settlement agreement to the Court; and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *see, e.g., Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). The parties' letter shall include a detailed breakdown of counsel's time spent and expenses incurred if counsel is seeking attorneys' fees and expenses. It is further

  **ORDERED** that any pending conferences and deadlines are CANCELLED..

Dated: February 4, 2021
   New York, New York

               _____
               LORNA G. SCHOFIELD
               UNITED STATES DISTRICT JUDGE