UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELA MOLINA, LETICIA HERNANDEZ, and VERONICA GUTIERREZ, on behalf of themselves and others similarly situation,<br><br>                      Plaintiffs,<br>      v.<br><br>HUAXCUAXTLA RESTAURANT CORP., EL CERRITO RESTAURANT, COMERCIAL MEXICANA CORP., NOLBERTO MARTINEZ CRISANTOS, in his individual and professional capacities, and ISABEL ROMERO, in her individual and professional capacities,<br><br>                      Defendants. | Civil Case No.: 1:20-CV-02481-RWL<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __2/25/2021__ |

**STIPULATION AND [PROPOSED] ORDER APPROVING THE SETTLEMENT AND DISMISSING THE CASE**

      IT IS HEREBY STIUPLATED AND AGREED by and between the parties, and Ordered by the Court that:

      (a)    Having reviewed the terms of the parties' resolution of this matter, the Court finds that the parties' settlement of the claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and directs the Clerk to enter this document;

      (b)    Defendants shall tender all payments to Plaintiffs and Plaintiffs' counsel in accordance with the schedule set forth in the Settlement Agreement and Release;

      (c)    The above-captioned action and all causes of action asserted therein are hereby dismissed; and

      (d)    The Court shall retain jurisdiction over this matter for the sole purpose of enforcing the terms of the Settlement Agreement and Release.

2

Dated: February 25, 2021  New York, New York

**FARUQI & FARUQI, LLP**

By: */s/ Innessa M. Huot*
    Innessa M. Huot
    Patrick J. Collopy
    Camilo M. Burr
    685 Third Avenue, 26th Floor
    New York, New York 10017
    Tel: 212-983-9330
    Fax: 212-983-9331
    ihuot@faruqilaw.com
    pcollopy@faruqilaw.com
    cburr@faruqilaw.com

*Attorneys for Plaintiffs*

Dated: February 25, 2021  Bronx, New York

**LAW OFFICE OF VICTOR J. MOLINA**

By: */s/ Benjamin Sharav*
    Benjamin Sharav
    Victor Molina
    930 Grand Concourse
    Bronx, New York 10451
    Tel: 718-401-1600
    juris_ben@msn.com
    v.j.molina@verizon.net

*Attorneys for Defendants*

**SO ORDERED:**

SO ORDERED:

2/25/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE